**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BROUGHTON HOWARD,

    Petitioner,

vs.

                                            CASE NO. 3:07cv436-LAC/WCS

WALTER A. McNEIL,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 20, 2008 (doc. 25).  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Broughton Howard pursuant to 28 U.S.C. § 2254, challenging his conviction for capital sexual battery upon a person less than 12 years of age in the Circuit Court of the First Judicial Circuit, in and for Okaloosa County, Florida, case number 02-1545 CFA, is **DENIED WITH PREJUDICE**.

**DONE AND ORDERED** this 16th day of January, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge