**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BROUGHTON HOWARD

    VS                                                                    CASE NO.  3:07cv436-LAC/WCS

WALTER MCNEIL

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on <u>January 30, 2009</u>
Motion/Pleadings: <u>MOTION FOR RELIEF FROM JUDGMENT AND ORDER</u>
Filed by <u>PLAINTIFF</u>  on <u>1/28/09</u>   Doc.# <u>31</u>
RESPONSES:

_____ on _____  Doc.# _____
_____ on _____  Doc.# _____

\_\_\_\_\_ Stipulated   \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed   \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*/s/Donna Bajzik*
LC (1 OR 2)      Deputy Clerk: Donna Bajzik

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of February, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant's objections (doc 28) were received January 15, 2009, and were considered by the Court in issuing its order of January 16, 2009, (doc 29) adopting the Report and Recommendation of the Magistrate.*

                                                        *s/L.A. Collier*
                                                        ***LACEY A. COLLIER***
                                                *Senior United States District Judge*