IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BROUGHTON HOWARD,

    Petitioner,

vs.                                    Case No. 3:07cv436-LAC/WCS

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER ON § 2254 APPEAL

This cause is before the court on Petitioner's notice of appeal and application for certificate of appealability. Docs. 33 and 34. He did not pay the filing fee.

Petitioner appeals the denial of his petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. A certificate of appealability is required. § 2253(c)(1)(A); Fed.R.App.P. 22(b).

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 1603-04, 146 L.Ed.2d 542 (2000); *quoting,* Barefoot v. Estelle, 463 U.S. 880, 893, n. 4 103 S.Ct. 3383, 3394, n. 4, 77 L.Ed.2d 1090 (1983).

A report and recommendation was entered to which Petitioner filed objections; the court adopted the recommendation and denied the § 2254 petition.  Docs. 25, 28, and 29.  Judgment was entered on the docket on January 16, 2009.  Doc. 30.  Petitioner filed a motion for relief from judgment, claiming the court did not have time to review his objections which might have "crossed in the mail" with the order adopting the recommendation.  Doc. 31.  The motion was denied, and Petitioner advised that the court had recevied and considered his objections in adopting the recommendation.  Doc. 32.

In seeking a certificate of appealability, Petitioner asserts that the court violated due process in denying his motion for relief from judgment.  Doc. 34, p. 3.  He believes the court "may have been hasty in its review of" his § 2254 petition. *Id.,* p. 4.

The court has reviewed the file, including the lengthy report and recommendation of the magistrate judge and Petitioner's objections.  For the reasons set forth in the report and recommendation as adopted by the court, docs. 25 and 29, Petitioner is not entitled to a certificate of appealability as he has not made a substantial showing of the denial of a constitutional right.  Leave to proceed in forma pauperis should also be denied.  Fed.R.App.P. 24(a).

It is therefore **ORDERED**:

Petitioner's application for certificate of appealability (doc. 34) is **DENIED** and a certificate of appealability **SHALL NOT ISSUE**.  Leave to proceed in forma pauperis is also **DENIED**.

**DONE AND ORDERED this 10th day of March, 2009.**

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**